on the submitted questions was against the weight of evidence. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Annie Elias, Respondent, v. Morris Band, Appellant, and Others, Defendants.— Orders of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion denied, without costs, on authority of *Dazian* v. *Meyer* (66 App. Div. 575). Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

The First National Bank of the City of Brooklyn, Appellant, v. Lafayette Trust Company and George C. Van Tuyl, Jr., as Superintendent of Banks of the State of New York, Respondents.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Laura Fuller, as Administratrix, etc., Respondent, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Anna M. Gebert, Appellant, v. Charles Gebert and Others, Defendants, Impleaded with Louise Wernerburg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Wells Hulse, Respondent, v. Clarence L. Smith, Appellant.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

In the Matter of Proceedings Supplementary to Execution of Bonet Sackin, Respondent, v. Phillip Grossman, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, on the ground that the order should have been made by the county judge and not by the County Court. (Code Civ. Proc. § 2457.) Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Ismenia Lambert, Appellant, v. Louis N. Lanehart, Respondent.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Gladys Louise La Salle, Appellant, v. William B. Smith, Respondent.— Order affirmed, without costs, and without prejudice to a renewal of the motion at Special Term for a writ of inquiry upon proper papers. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

James McKaigney, an Infant, by Marie McKaigney, His Guardian ad Litem, Respondent, v. Charles M. Tiffany, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements, upon authority of *Watt* v. *Feltman* (111 App. Div. 314). Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

James L. O'Neill, as Assignor of Paul Whitin Manufacturing Company, Respondent, v. Edward N. Perkins and Harry A. Van Bergen, Trading under the Firm Name, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. (See *Mills* v. *Sparrow*, 131 App. Div. 241.) Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Frank Copetta, Appellant.— Judgment of conviction of the County Court of Kings county